# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Ms. Jacqueline Johnson
110 Newmark Esplanade
Rockville MD 20850

(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Holy Cross Hospital
1500 Forest Glen Rd.
Silver Spring MD
20910

(Full name and address of the defendant(s))
**Defendant(s)**

Civil No.: JFM 11 CV 2350
(Leave blank. To be filled in by Court.)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2011 AUG 22  P 3: 55
CLERK'S OFFICE
AT GREENBELT

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____
   _____
   _____

Complaint (Rev 12/2000)                    1

2. The facts of this case are:

I was having major problems and needed to have a hysterectomy. My hysterectomy was performed, and I was given post operative instructions. When speaking to my physician before my surgery, I was never told that 80% of my nerves in my abdomen would be cut and as a result there could be injury due to numbness. I should have been given the right and the opportunity to say that I did not want to have that done. Instead my doctor choose not to discuss such a crucial part of my procedure. As a result of this, I had to use a heating pad for pain, not knowing of the 80% nerve being cut did not feel the heat and now I have a burn that was so severe that the infection I had due to this took a long time to heal, and my recovery time was severly compromised. This decision should have been mine alone to make.

Due to the neglegent behavior of my Doctor at Holy Cross Hospital I have a scar the size of my hand that is a permanent injury, an injury that should have never occurred. I want the opportunity to hold my Doctor and the Hospital accountable for their neglegent behavior that has caused a permanent dis-figurement injury. My burn took 6 months to heal. The infection was so severe I needed to go to a burn specialist.

3. The relief I want the court to order is:

☐ Damages in the amount of: $1,500,000

☐ An injunction ordering: Suspension for my Physician and a fine to the Hospital

☐ Other (explain) _____

August 21, 2011
(Date)

*Jacquelene Johnson*
(Signature)

110 Newmark Esplanade
Rockville, Maryland
20850

Jacqueline Johnson
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.

Complaint (Rev 12/2000)                 3