IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JACQUELINE JOHNSON  *
                    *
   v.               *   Civil No. JFM-11-2350
                    *
HOLY CROSS HOSPTIAL *
                *****

MEMORANDUM

Plaintiff has instituted this pro se action for medical malpractice. Although she alleges in her complaint that the case involves a "federal question," it is clear that any subject matter jurisdiction that this court would have derived from its diversity jurisdiction. However, according to plaintiff herself, she lives in Rockville, Maryland, and the defendant is Holy Cross Hospital that is located in Silver Spring, Maryland. Therefore, it is evident that diversity jurisdiction does not exist. This action must therefore be dismissed for lack of subject matter jurisdiction.

A separate order dismissing this action is being entered herewith.

　　　　　　　　　　　　　　　　　　／s／　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　　　　United States District Judge